IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Petition of the UNITED STATES | ) | |
| | ) | |
| on behalf and for the | ) | |
| benefit of | ) | |
| | ) | |
| THE SMITHSONIAN INSTITUTION | ) | 1:13-mc-01454-KBJ |
| 1000 Jefferson Drive, S.W. | ) | |
| Washington, DC 20560 | ) | |
| | ) | |
| Donee. | ) | |
| | ) | |

## SECOND SUPPLEMENTAL DECLARATION OF ROBERT K. ROBBINS

I, Robert K. Robbins, declare and state as follows:

1.    I am a Research Entomologist at the Smithsonian Institution, a position I have

held since 1983.  Entomology is the scientific study of insects.  I specialize in

Lepidoptera, a large order of insects that includes moths and butterflies.  I hold an A.B. in

Mathematics from Brown University and a Ph.D. in Biology from Tufts University.

From 1997 to 2000, I was Chair of the Department of Entomology at the Smithsonian,

and from 2010 to 2012, I served as the Department's Co-Chair.

2.    My office is located in the National Museum of Natural History, which is a

Smithsonian museum located on the National Mall in Washington, D.C.

3.    I make the following statements based on my personal knowledge of the internal

operations of the Department of Entomology, the National Museum of Natural History,

and the Smithsonian Institution, as well as upon information provided to me in the course

of my official duties.  This second supplemental declaration provides additional

information in support of the United States' request to modify the terms of the will of Dr. Carl J. Drake.

4.      Dr. Drake was a professor in the Department of Zoology and Entomology at Iowa State College.  In early 1957, Dr. Drake was appointed as an Honorary Research Associate of the Smithsonian.

5.      Over the course of his career, Dr. Drake amassed a broad, scientifically significant private collection of Hemiptera-Heteroptera, the scientific name of an order of insects also known as True Bugs.

6.      The Hemiptera-Heteroptera collection at the Smithsonian Institution is one of the most scientifically valuable collections in the world in terms of its size and representation of species.

7.      Dr. Drake was still working at the Smithsonian at the time of his death in 1965. I am familiar with the terms of Dr. Drake's will, which left his Hemiptera-Heteroptera collection and the great majority of his estate to the Smithsonian, to be placed in a trust fund called the "Drake Foundation."  The income from the fund was to be used for the purchase of specimens and collections of Hemiptera-Heteroptera to supplement Dr. Drake's collection.  The Drake Collection has been kept in Washington, D.C. since Dr. Drake's death.  When I was Chair of the Department of Entomology, one of my responsibilities was approving requests to enlarge the Drake Collection using funds from the Drake Foundation.

8.      The Department of Entomology has used the Drake Foundation to purchase approximately 12 Hemiptera-Heteroptera collections, with the last major purchase occurring in 2002.  In recent years, however, the number of private collections has

2

decreased because regulatory and permitting requirements related to collecting have increased, both in the United States and abroad. In the United States, the increase in regulatory and permitting requirements is primarily due to the Lacey Act Amendments of 1981, which included insects in the definition of "fish and wildlife," which were already protected under the Act. *See* Pub. L. No. 97-79, § 2(a) (codified at 16 U.S.C. § 3371(a)). Because of the Lacey Act Amendments, non-professional entomologists who collect insects often have difficulty obtaining wildlife collecting or export permits from foreign countries. The Lacey Act prohibits possession of insects collected or imported without proper permits.

9.      The purchase of major collections of Hemiptera-Heteroptera has typically not expended the Drake Foundation "payout" (the amount of the income from the fund made available for spending each year). Any portion of the payout that is not expended in any given year is reinvested at intervals, which increases payouts in future years. In my original declaration, I described a chart showing the actual expenditures of the Drake Foundation by fiscal year, starting in 2003, the first year for which computerized accounting records exist, and ending with the actual expenditures for fiscal year 2014, as of April 15, 2014. *See* Declaration of Robert K. Robbins, ECF No. 3-2, ¶ 13 & Ex. A (Apr. 30. 2014).

10.     In my supplemental declaration I described a chart showing the actual expenditures of the Drake Foundation since my original declaration through November 10, 2015. *See* Supplemental Declaration of Robert K. Robbins, ECF No. 4-1, ¶ 10 & Ex. A (Jan. 19, 2016).

11.     Attached as Exhibit A to this second supplemental declaration is a chart that reflects the actual expenditures of the Drake Foundation since my supplemental declaration through April 26, 2018.  As the chart demonstrates, the Department of Entomology spent approximately 2.6% of the payout in fiscal year 2016 and approximately 12% of the payout in fiscal year 2017.  As of April 26, 2018, the Department of Entomology has spent no portion of the payout for fiscal year 2018 (which began on October 1, 2017).  The Department of Entomology has approved $11,187.50 (or approximately 6.2% of the FY 2018 payout) from the Drake Foundation for use in calendar year 2018.

12.     It is difficult to envisage circumstances that will allow for significantly greater expenditures of the payout on a sustained basis in the future.

13.     The accumulation of the endowment is one of the reasons that the Department of Entomology determined that it would be prudent to seek permission from the Court to use the Drake Foundation in ways that will more effectively promote the purposes of Dr. Drake's gift.

14.     To my knowledge, the Smithsonian Institution has not received any notification of any opposition to the relief it is seeking in this matter through the United States' request to modify the terms of the will of Dr. Carl J. Drake.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 28 day of June, 2018.

_____
Robert K. Robbins
Research Entomologist

4

The Smithsonian Institution
Washington, D.C.

# EXHIBIT A

| Fiscal Year | Payout | Actual expenditures during Fiscal Year | Remaining of yearly payout | |
|---|---|---|---|---|
| 2018 | 178367.63 | 0 | 178367.63 | FY18 Expenses to date (4/26/2018) |
| 2017 | 162886.19 | 19471.66 | 143414.53 | |
| 2016 | 146477.59 | 3870.34 | 142607.25 | |
| 2015 | 138539.90 | 3622.01 | 134917.89 | |
| 2014 | 135896.18 | 15789.62 | 120106.56 | |
| 2013 | 139406.69 | 9922.30 | 129484.39 | |
| 2012 | 113280.58 | 30166.89 | 83113.69 | |
| 2011 | 111233.95 | 17246.03 | 93987.92 | |
| 2010 | 109804.96 | 6643.67 | 103161.29 | |
| 2009 | 108273.28 | 14662.40 | 93610.88 | |
| 2008 | 102789.96 | 22052.12 | 80737.84 | |
| 2007 | 98244.17 | 8382.42 | 89861.75 | |
| 2006 | 97043.25 | 48358.32 | 48684.93 | |
| 2005 | 96846.42 | 102546.82 | -5700.40 | |
| 2004 | 94993.77 | 94001.94 | 991.83 | |
| 2003 | 93983.34 | 205851.16 | -111867.82 | |